# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128448

JESSICA STRATTON,
          Plaintiff-Appellee,

v

                                           SC: 128448
                                           COA: 248669
CITY OF FLINT, CITY OF FLINT            Genesee CC: 01-071909-NZ
BOARD OF HOSPITAL MANAGERS,
d/b/a HURLEY MEDICAL CENTER,
STEPHANIE MOTSCHENBACKER,
and MARGARET MURRAY-WRIGHT,
R.N., DIANN KRYWKO, M.D., a/k/a
DIANN M. GREENFIELD, M.D., and
JAMES WEBER, D.O.,
          Defendants,

and

WJRT, INC., BILL HARRIS, JASON
CARR, and MARK McGLASHEN,
          Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the January 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



      I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005                                   
                                                      Clerk